UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------X

UNITED STATES OF AMERICA

        **CONSENT ORDER GRANTING**
        **SUBSTITUTION OF ATTORNEY**

    **-against-**

DANIEL DADOUN,
               Crim. No. 23-8137

           Defendant.
-------------------------------------------------------------X

      Notice is hereby given that, subject to the approval by the Court, Defendant Daniel
Dadoun substitutes Anthony Pope, Esq., State Bar No. 016201986, of the Pope Law Firm, P.C.,
as counsel of record in place of Zach Intrater, Esq., of Agnifilo Intrater, LLP, in the above-
captioned matter.

Contact information for new counsel is as follows:

      POPE LAW, P.C.
      60 Park Place, Suite 1101
      Telephone: 973-344-4406
      Facsimile: 973-344-3201

I consent to being substituted.

7/17/24
_____
Date

_____
Zach Intrater, Esq.

I consent to the above substitution.

7/17/2024
_____
Date

_____
Anthony Pope, Esq.

The substitution of attorney is hereby approved and so ORDERED.

_____
Date

_____
Hon. Jessica S. Allen, U.S.M.J.