# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>*Defendant* | MAGISTRATE JUDGE: _____<br><br>CASE NO. _____<br>DATE OF PROCEEDINGS: _____<br><br><br>DATE OF ARREST: _____ |

**PROCEEDINGS:** _____

    COMPLAINT
    ADVISED OF RIGHTS and/or VIOLATION(S)
    WAIVER OF COUNSEL
    APPT. OF COUNSEL: _    AFPD    CJA    WAIVED
    WAIVER OF HRG: _____ PRELIM _____ REMOVAL
    CONSENT TO MAGISTRATE'S JURISDICTION
    PLEA ENTERED: _____ GUILTY _____ NOT GUILTY
    PLEA AGREEMENT
    RULE 11 FORM
    FINANCIAL AFFIDAVIT EXECUTED    FINANCIAL COLLOQUY
    BRADY ORDER_____

    DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
    CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
    BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
    BAIL SET:_____
        UNSECURED BOND
        SURETY BOND SECURED BY CASH/PROPERTY
    TRAVEL RESTRICTED_____
    REPORT TO PRETRIAL SERVICES
    DRUG TESTING AND/OR TREATMENT
    MENTAL HEALTH TESTING AND/OR TREATMENT
    SURRENDER AND/OR OBTAIN NO PASSPORT
    SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

    PRELIMINARY/REMOVAL HRG.
    DETENTION/BAIL HRG.
    TRIAL: _____ COURT _____ JURY
    SENTENCING
    OTHER:_____

DATE:_____
DATE:_____
DATE:_____
DATE:_____
DATE:_____

**APPEARANCES:**

AUSA:_____

DEFT. COUNSEL:_____

PO/PTS:_____

INTERPRETER_____
    Language:

TIME COMMENCED:_____
TIME TERMINATED:_____
CD NO:_____        _____ Nitza Creegan _____
                                                                   Sr. Courtroom Deputy