# EXHIBIT A

**CELEBRATING**

**WINNE BANTA**
**BASRALIAN & KAHN**
ATTORNEYS AT LAW

**MAILING ADDRESS:**
COURT PLAZA SOUTH – EAST WING
21 MAIN STREET, SUITE 101
P.O. BOX 647
HACKENSACK, NEW JERSEY 07601-0647

TELEPHONE (201) 487-3800
FACSIMILE (201) 487-8529

NEW YORK OFFICE
730 THIRD AVENUE
NEW YORK, NEW YORK 10017
(212) 324-0169

FLORIDA OFFICE
2255 GLADES ROAD
SUITE 324 ATRIUM
BOCA RATON, FLORIDA 33431

www.winnebanta.com

JOSEPH L. BASRALIAN +
ROBERT M. JACOBS
GARY S. REDISH +
RICHARD R. KAHN +
KENNETH K. LEHN /
ARTHUR I. GOLDBERG +
MARTIN J. DEVER, JR. + *
PETER J. BAKARICH, JR. +
THOMAS J. CANGIALOSI, JR. +
BRUCE R. ROSENBERG
JONATHAN KUKIN +
RICHARD D. WOLLOCH +
MICHAEL G. STINGONE p
R. N. TENDAI RICHARDS
IAN S. KLEEBLATT
MICHAEL J. COHEN + /
DORIS BRANDSTATTER

MARLA WOLFE TAUS +
CAMELIA B. GRYMES ■
AMANDA J. GAUL + ■
MARLEY A. GUERRERA + ·
BOGDAN A. KACHUR +
IVETTE M. VARGAS
AARON DREW
AARON JOSEPH
YIFAN LIN + d
EVAN D. FEDER +

CAROLYN GERACI FROME
ROBERT J. KLEEBLATT
RONALD M. ABRAMSON
ROMAN VACCARI @ +
ALICE B. NEWMAN + ■
FRANK J. FRANZINO, JR. +
COUNSEL TO THE FIRM

ROBERT A. HETHERINGTON III (RET)
WALTER G. WINNE (1889-1972)
HORACE F. BANTA (1895-1985)
BRUCE F. BANTA (1932-1983)
PETER G. BANTA (1935-2016)
MATTHEW COHEN (1943-2018)

/ CERTIFIED BY THE SUPREME COURT
  OF NEW JERSEY AS A CIVIL TRIAL
  ATTORNEY
* MEMBER CONNECTICUT BAR
■ MEMBER FLORIDA BAR
■ MEMBER MASSACHUSETTS BAR
+ MEMBER NEW YORK BAR
p MEMBER PENNSYLVANIA BAR
d MEMBER WASHINGTON, D.C. BAR

January 15, 2025

Email address: rwolloch@winnebanta.com
Direct Dial:    (201) 562-1066

**VIA E-MAIL & USPS**
Joseph Alter, Esq.
The Anthony Pope Law Firm
60 Park Place, Suite 703
Newark, New Jersey 07102

Dear Joe:

Winne Banta Basralian & Kahn, PC is presently acting as defense counsel for Daniel Dadoun and various affiliated entities, who are defendants in the civil litigation matters listed in Schedule A of this letter. We have invited Daniel Dadoun to visit our offices in Hackensack, New Jersey on Tuesdays and Thursdays from 10:00 AM until 3:00 PM for the next 180 days in order for Daniel Dadoun to aid in his defense.

We understand that you will be requesting a bail modification to accommodate this arrangement shortly. Please share this letter with the appropriate persons.

Sincerely,

Richard D. Wolloch

RDW:amm

#963841v1 * 10194-00007

## SCHEDULE A

1. Guthrie v. Township of Pemberton Planning Board and Pemberton-2, LLC (BUR-L-42-24 and App. Div. A-000627-24)
2. ARCO Design/Build Industrial LLC v. 200 South Pemberton Urban Renewal, LLC and U.S. Specialty Ins. Co. (BUR-L-2336-23)
3. Returns 360 LLC d/b/a Returns Worldwide v. 200 South Pemberton Urban Renewal, LLC and 200 South Pemberton Operations, LLC (formerly BUR-C-23-24; now BUR-L-2066-24)
4. Cintas v. 200 South Pemberton Urban Renewal, LLC (claim/arbitration pending in negotiation; no lawsuit filed yet)
5. Burton Trent Public Affairs, LLC v. Pemberton 2 LLC and DD Development LLC (BUR-DC-12936-24)