ORGIT Mail                                                                 Daniel Dadoun <daniel@orgit.ai>

## Please reserve Time off for 1/16/25 appointment w/Dr. Weitz at 1:30pm

**Daniel Dadoun** <daniel@orgit.ai>                                              Fri, Jan 24, 2025 at 7:11 AM
To: Joseph Alter <jalter@apopefirm.com>, NYEPTdb_EM UNIT <emunit@nyept.uscourts.gov>

Please proof that the meeting on the 16 was cancelled and we are trying to reschedule

---------- Forwarded message ---------
From: **Dineen SIPI** <staff@sipipc.com>
Date: Thu, Jan 23, 2025 at 5:27 PM
Subject: Re: Please reserve Time off for 1/16/25 appointment w/Dr. Weitz at 1:30pm
To: Daniel Dadoun <daniel@orgit.ai>

Hi Daniel,

This is Dineen from South Island Periodontics.  I am just following up with you. I know we communicated on 1/16/25 and we had to cancel the appointment scheduled on 1/16/25 at 1:30.  Are you ready to re-schedule?
[Quoted text hidden]