DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL DADOUN<br><br>Defendant(s). | Criminal No. 25-215<br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |

Please be advised that, on this date, defendant DANIEL DADOUN submitted sentencing materials to the Court in this case.

Date:   September 8, 2025.

By:   ANTHONY POPE, ESQ.