UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:25-CR-00215-RJK

DANIEL DADOUN  **APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Daniel Dadoun.

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

| Court(s) | Year(s) of Admission |
|---|---|
| New York | June 11, 2003 |
| Southern District of New York | November 8, 2005 |
| Eastern District of New York | December 8, 2005 |
| U.S. Court of Appeals Second Circuit | November 15, 2010 |

Date: September 15, 2025

_[signature]_
Signature of Attorney

Sarah Krissoff
Print Name

175 Greenwich Street, 55th Floor
Address

| New York | NY | 10007 |
|---|---|---|
| City | State | Zip Code |

| 917-843-2626 | 646-225-5113 |
|---|---|
| Phone Number | Fax Number |