UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ

**DATE**: SEPTEMBER 16, 2025

**TITLE OF CASE**:
UNITED STATES OF AMERICA
v.
DANIEL DADOUN
    DEFENDANT PRESENT

**CRIMINAL NO. 25-CR-215-1 (RK)**

**APPEARANCES**:

Katherine Romano, AUSA for the Government

Anthony Pope, Esq., Sarah Krissoff, Esq. and Joseph Alter, Esq., counsel for the Defendant

Allison Slater, U.S. Probation

**NATURE OF PROCEEDINGS**: SENTENCING ON COUNTS 1 AND 2 OF INFORMATION

Imprisonment: 41 months. This term consists of 41 months on each of count one and count two, to be served concurrently to each other.

Supervised Release: 3 years on each of count one and count two to run concurrently, with special conditions.

Fine: Waived.

Special Assessment: $200.

Restitution: $3,239,773.43.

Defendant advised of right to appeal.

Ordered detention continued.

**Time Commenced:** 3:14 p.m.
**Time Adjourned**: 5:28 p.m.
**Total Time**: 2 hours 14 minutes

                                                         s/ *Patricia Markey*
                                                         DEPUTY CLERK